UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DENNIS CAMPOS, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> BANK OF AMERICA, INC., a corporation, et al., <br><br> Defendants. | Case No: C 11-0431 SBA <br><br> **ORDER** |

On July 11, 2012, this Court issued an Order granting Defendants' motion to dismiss the first amended complaint. Dkt. 32. Plaintiffs were given twenty-one (21) days to file a second amended complaint. Id. To date, Plaintiffs have not filed a second amended complaint. The Court warns Plaintiffs that this action will be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute and failure to follow a court Order if they do not file a second amended complaint within seven (7) days from the date this Order is filed. Defendants shall notify the Court in the event Plaintiffs fail to comply with this deadline.

IT IS SO ORDERED.

Dated: 8/17/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge